**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lourdes E. Rosario<br>                  Debtor | CHAPTER 13 |
| M&T Bank<br>                  Movant<br>    vs. | |
| Lourdes E. Rosario<br>                  Debtor | NO. 16-01927 RNO |
| Charles J. DeHart, III Esq.<br>                  Trustee | 11 U.S.C. Section 362 |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Proof of Claim of M&T Bank, which was filed with the Court on or about **August 16, 2016, Claim #5**.

                                                        Respectfully submitted,

                                                        **/s/ Joshua I. Goldman, Esquire**
                                                        Joshua I. Goldman, Esquire
                                                        Thomas Puleo, Esquire
                                                        Attorneys for Movant/Applicant
                                                        KML Law Group, P.C.
                                                        Main Number: (215) 627-1322

August 16, 2016