| | | |
|---|---|---|
| IN RE: Lourdes Rosario | : | IN THE UNITED STATES |
| | : | BANKRUPTCY COURT FOR THE |
| Debtors | : | MIDDLE DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 5:16-bk-1927-RNO |
| | : | Chapter 13 |

## AMENDED CERTIFICATE OF SERVICE

I, Michael J. McCrystal, Esquire have this 23rd day of November 2016, served upon the following named persons, Notice of Second Amended Chapter 13 Plan and Second Amended Chapter 13 plan by United States Mail, Postage Prepaid and/or via ECF:

Office of the UST
228 Walnut Street
Harrisburg, PA 17101

Charles A. DeHart III, Esquire
8125 Adams Drive
Suite A
Hummelstown, PA 17036

Lourdes Rosario
719 Peace Street
Hazleton, PA 18201

KML Law Group PC
701 Market Street
STE 500 BNY Independence Ctr.
Philadelphia, PA 19106

Bank of America
PO Box 982284
El Paso, TX 79998

M&T Bank
PO Box 840
Buffalo, NY 14240

Midland Funding LLC
PO Box 2011
Warren, MI 48090

Portfolio Recovery Associates
PO Box 12914
Norfolk, VA 23541

Respectfully Submitted,

/S/ Michael J. McCrystal

_____
Michael J. McCrystal, Esquire

Case 5:16-bk-01927-RNO    Doc 46    Filed 11/23/16    Entered 11/23/16 12:07:23    Desc
Main Document    Page 1 of 1