## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

LOURDES E. ROSARIO

|  | Chapter | 13 |

Debtor | Case Number: | 5-16-bk-01927-JJT

M & T BANK

Movant

v.

LOURDES E. ROSARIO
and
CHARLES J. DeHART, III, ESQ.,
CHAPTER 13 TRUSTEE

Document Nos.: 71, 72

Respondents

Nature of
Proceeding: Debtor's Motion for Expedited
Hearing on Motion to Reinstate
the Automatic Stay

# ORDER

Upon consideration of the Debtor's Motion for Expedited Hearing (Doc. #72) on

Debtor's Motion to Reinstate the Automatic Stay (Doc. #71), filed in the above-captioned

bankruptcy case, **IT IS HEREBY**

**ORDERED** that the Motion for Expedited Hearing is GRANTED. A **HEARING** on the

Motion to Reinstate the Automatic Stay is scheduled for Thursday, **JUNE 21, 2018**, at **9:30 a.m.**

in Bankruptcy Courtroom No. 2, Max Rosenn U.S. Courthouse, 197 South Main Street,

Wilkes-Barre, Pennsylvania.

The Debtor is directed to immediately notify and serve a copy of this Order, together

with the Motion to Reinstate the Automatic Stay, on the above Movant and all interested parties

via phone, fax, email and/or in a manner sufficient to provide adequate notice to the parties.

Proof of service shall be filed on or before the scheduled hearing.

By the Court,

John J. Thomas, Bankruptcy Judge (CMP)

Date: June 18, 2018