| IN RE: Lourdes Rosario | : | IN THE UNITED STATES |
| | : | BANKRUPTCY COURT FOR THE |
| Debtors | : | EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 16-1927-JJT |
| | : | Chapter 13 |
| | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, Michael J. McCrystal, Esquire have this 18th day of June, 2018, served upon the following named persons, Order for Expedited Hearing and Motion to Reinstate the Automatic Stay, by CM/ECF and email upon

James Warmbrodt, Esquire
KML Law Group PC
The BNY Independence Center
701 Market Street, STE 5000
Philadelphia, PA 19106

Respectfully submitted,

Michael J. McCrystal, Esquire
2355 Old Post Road, Ste. 4
Coplay, PA 18037
Attorney for the Debtor