```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-01927-RNO
Lourdes E Rosario                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: DGeorge              Page 1 of 1             Date Rcvd: Mar 15, 2019
                             Form ID: pdf010            Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
```
db           +Lourdes E Rosario,    PO Box 2722,   Hazelton, PA 18201-1101
4830364      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
4786225      +KML Law Group, P.C.,    701 Market Street,   Suite 5000-BNY Independence Center,
               Philadelphia, PA 19106-1538
4786224       McCrystal Law Offices,    2355 Old Post Rd Ste 4,   Coplay, PA  18037-2459
4786223      +Rosario Lourdes E,    719 Peace Street,   Hazelton, PA 18201-3003
4964688       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4794569        E-mail/Text: camanagement@mtb.com Mar 15 2019 19:06:41     M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
4786226        E-mail/Text: camanagement@mtb.com Mar 15 2019 19:06:41     M&T Bank,   P.O. Box 900,
               Millsboro, DE  19966
4799029       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 15 2019 19:06:49      MIDLAND FUNDING LLC,
               PO BOX  2011,   WARREN, MI 48090-2011
4816663        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 19:07:57
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
                                                                                            TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,   POB 3001,
               Malvern, PA  19355-0701
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael J McCrystal    on behalf of Debtor 1 Lourdes E Rosario mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Lourdes E. Rosario**

         **Debtor 1**

Chapter: 13

Case No.: 5-16-bk-01927

**Charles J. DeHart, III, Trustee**

   vs.          **Movant(s)**

**Lourdes E. Rosario**

         **Respondent(s)**

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: March 15, 2019

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)